U.S. DISTRICT JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| RONI A. RAVE,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:20-cv-05341-RSM<br><br><br><br>ORDER |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including July 13, 2020, to file an Answer to Plaintiff's Complaint, including the certified administrative record. If the Commissioner is unable to file the certified administrative record on or before that date, Defendant shall file another motion for extension.

DATED this 15th day of June 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2494

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

KERRY JANE KEEFE
Assistant United States Attorney

MATHEW W. PILE
Acting Regional Chief Counsel, Seattle, Region X

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA  98104-7075
Telephone:  (206) 615-2494
Fax:  (206) 615-2531
benjamin.groebner@ssa.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with the Clerk of the Court on June 15, 2020, using the CM/ECF system, which will send notification of such filing to the following: David Oliver.

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant United States Attorney
Office of the General Counsel