1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONI A. RAVE,

     Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

Case No. C20-5341 RSM

**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER AND DENYING REQUEST FOR INDEFINITE EXTENSION**

   This matter is before the Court on Defendant's motion for extension of time to file the answer.  Dkt. 10.  In addition to a 28-day extension of time, Defendant seeks permission to dispense with further motions for extensions of time and instead file status reports every 28 days "until the certified administrative record becomes available."  Dkt. 10-1.  Based on the extraordinary circumstances caused by the COVID-19 pandemic, the Court GRANTS an extension of time to file the answer.  However, the Court DENIES Defendant's request for an extension with no definite end.

   Accordingly, it is hereby ORDERED that Defendant shall have until August 10, 2020, to file an answer.  If Defendant is unable to file the answer by that date, he shall file another motion for extension.

DATED this 14th day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER AND
DENYING REQUEST FOR INDEFINITE EXTENSION - 2