U.S. DISTRICT JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| RONI A. RAVE,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　Defendant. | Civil No.  3:20-cv-05341-RSM<br><br><br>ORDER |

Based on Defendant's Motion, it is hereby ORDERED that the Answer Due Date shall be amended as follows:

Defendant shall have up to and including September 7, 2020, to file an Answer to Plaintiff's Complaint, including the certified administrative record. The certified administrative record shall be filed within ten days of its availability to the Office of the General Counsel, if it can be filed earlier than the aforementioned date.

If the Commissioner is unable to file the certified administrative record by that date, the Commissioner shall file another motion for extension every 28 days until the certified administrative record becomes available.

DATED this 6th day of August 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2494
Fax:  (206) 615-2531
benjamin.groebner@ssa.gov